# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

April 20, 2017

Chris Wolpert
Chief Deputy Clerk

Byron Tyrome Todd
CCCF - Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700
#173583

**RE:**   **17-1079, Todd v. Raemisch, et al**
Dist/Ag docket: 1:16-CV-02363-LTB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:       Christine Cates Brady

EAS/sds